UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON DEJESUS CEDENO, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY, RYAN SASSON, DANIEL BLUMKIN, IAN BEHAR, DUKE ENTERPRISES LLC, TWIST FINANCIAL LLC, BLAISE INVESTMENTS LLC, and STRATEGIC FINANCIAL SOLUTIONS, LLC,<br><br>Defendants. | Case No. 1:20-cv-09987-JGK<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul J. Rinefierd of the firm of Groom Law Group, Chartered, hereby appears on behalf of Defendant Argent Trust Company in the above-referenced action and requests notice of all matters in this action.

Dated:  Washington, D.C.
        February 9, 2021

GROOM LAW GROUP, CHARTERED

By:  */s/ Paul J. Rinefierd*

Paul J. Rinefierd
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 861-9383
Facsimile: (202) 659-4503
prinefierd@groom.com

*Attorney for Defendant Argent Trust Company*