1055 Thomas Jefferson St. NW    Gregory Y. Porter
Suite 540    gporter@baileyglasser.com
Washington, DC 20007
Tel: 202.463.2101
Fax: 202.463.2103

March 26, 2021

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Cedeno v. Argent Tr. Co., et al.*, Case No. 1:20-cv-09987-JGK
**Request for Oral Argument**

Dear Judge Koeltl:

We represent the Plaintiff in the above-referenced case. This letter is submitted with regard to the concurrently filed Plaintiff's Memorandum of Law in Opposition to Motion to Compel Individual Arbitration and Stay the Case.

Pursuant to Section II.G of the Individual Practices of Judge John G. Koeltl, Plaintiff respectfully requests oral argument on Defendants' Motion to Compel Individual Arbitration and Stay the Case (Dkt. 59).

Sincerely,

Bailey & Glasser LLP

*/s/ Gregory Y. Porter*
Gregory Y. Porter

cc: ECF recipients