UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON DEJESUS CEDENO, individually
and on behalf of a class of all
other persons similarly situated,
               Plaintiffs,

- against -

ARGENT TRUST COMPANY et al.,
               Defendants.

20-cv-9987 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The unopposed motion for a stay pending appeal, ECF No. 73, is **granted**. The appeal presents serious questions going to the merits, and proceeding with the litigation of the case risks irreparable injury should it be determined that the case should be in arbitration rather than in litigation before this Court. See, e.g., Zachman v. Hudson Valley Fed. Credit Union, No. 20-cv-1579, 2021 WL 1873235, at *2 (S.D.N.Y. May 10, 2021) (finding that the litigation expenses incurred from a refusal to compel arbitration constituted irreparable harm); Starke v. SquareTrade, Inc., No. 16-cv-7036, 2017 WL 11504834, at *2 (E.D.N.Y. Dec. 15, 2017) (same); Meyer v. Kalanick, 203 F. Supp. 3d 393, 396 (S.D.N.Y. 2016) (same).

This case is stayed pending further order of this Court.

The Clerk is directed to close ECF No. 73.

**SO ORDERED.**
**Dated:    New York, New York**
**         November 22, 2021**

_____
John G. Koeltl
United States District Judge