UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

RAMON DEJESUS CEDENO, individually and on behalf of a class of all other persons similarly situated,

Plaintiff,

- against -

ARGENT TRUST COMPANY, RYAN SASSON, DANIEL BLUMKIN, IAN BEHAR, DUKE ENTERPRISES LLC, TWIST FINANCIAL LLC, BLAISE INVESTMENTS LLC, and STRATEGIC FINANCIAL SOLUTIONS, LLC,

Defendants.

-------------------------------------------------------------------- X

Case No. 1:20-cv-09987-JGK

**STIPULATION AND ~~[PROPOSED]~~ ORDER SUBSTITUTING COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the law firm of PROSKAUER ROSE LLP, Eleven Times Square, New York, NY 10036, shall be substituted for the law firm of MORGAN, LEWIS & BOCKIUS LLP, 1701 Market Street, Philadelphia, PA 19103, as counsel of record for Defendants Ryan Sasson, Daniel Blumkin, and Ian Behar in the above-captioned action; and the law firm of HODGSON RUSS LLP, 140 Pearl Street, Suite 100, Buffalo, NY 14202, shall be substituted for the law firm of MORGAN, LEWIS & BOCKIUS LLP, 1701 Market Street, Philadelphia, PA 19103, as counsel of record for Defendants Duke Enterprises LLC, Twist Financial LLC, Blaise Investments LLC, and Strategic Financial Solutions, LLC in the above-captioned action.

PLEASE TAKE NOTICE that all documents related to this action should be served upon the following incoming counsel:

| | |
|---|---|
| Myron D. Rumeld<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3021<br>Facsimile: (212) 969-2900<br>mrumeld@proskauer.com<br><br>*Incoming Counsel for Defendants Ryan Sasson, Daniel Blumkin, and Ian Behar* | James C. Thoman<br>HODGSON RUSS LLP<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Telephone: (716) 856-4000<br>Facsimile: (716) 849-0349<br>jthoman@hodgsonruss.com<br><br>*Incoming Counsel for Defendants Duke Enterprises LLC, Twist Financial LLC, Blaise Investments LLC, and Strategic Financial Solutions, LLC* |

Dated: November 20, 2024

**PROSKAUER ROSE LLP**

By: [signature]
Myron D. Rumeld

Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3021
Facsimile: (212) 969-2900
mrumeld@proskauer.com

*Incoming Counsel for Defendants Ryan Sasson, Daniel Blumkin, and Ian Behar*

**HODGSON RUSS LLP**

By: [signature]
James C. Thoman

140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000
Facsimile: (716) 849-0349
jthoman@hodgsonruss.com

*Incoming Counsel for Defendants Duke Enterprises LLC, Twist Financial LLC, Blaise Investments LLC, and Strategic Financial Solutions, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: [signature]
Jeremy P. Blumenfeld

1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

*Outgoing Counsel for Defendants Ryan Sasson, Daniel Blumkin, Ian Behar, Duke Enterprises LLC, Twist Financial LLC, Blaise Investments LLC, and Strategic Financial Solutions, LLC*

Case 1:20-cv-09987-JGK Document 88 Filed 11/20/24 Page 3 of 4

I consent to the above substitutions.

Ryan Sasson

Daniel Blumkin

Ian Behar

Thomas McNamara, as receiver for
Duke Enterprises LLC, Twist Financial LLC,
Blaise Investments LLC, and Strategic
Financial Solutions, LLC

The substitutions of counsel are hereby approved and SO ORDERED.

Date: 11/21/24

Hon. John G. Koeltl
United States District Judge