```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

RAMOS DEJESUS CEDENO,

            Plaintiff,

- against -

ARGENT TRUST COMPANY, ET AL.,

           Defendants.

20-cv-9987 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status update to the Court by **April 11, 2025**.

SO ORDERED.

Dated:   New York, New York
          March 27, 2025

                                      /s/ John G. Koeltl
                                     John G. Koeltl
                                  United States District Judge