Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

Myron D. Rumeld
Member of the Firm
d +1.212.969.3021
f 212.969.2900
mrumeld@proskauer.com
www.proskauer.com

September 28, 2026

**Via ECF**

Hon. John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Cedeno v. Argent Trust Company, et al.*, Case No. 20-cv-09987-JGK**

Dear Judge Koeltl:

We represent defendants Ryan Sasson, Daniel Blumkin, and Ian Behar in the above-referenced action. Pursuant to Your Honor's March 24, 2026 order (ECF No. 103), we write to provide this joint status update. On May 7, 2024, Your Honor issued a stay of proceedings in this action. (ECF No. 84.) The stay was issued in response to a letter submitted by James C. Thoman, counsel for receiver Thomas W. McNamara in *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.* (W.D.N.Y.), Case No. 1:24-cv-00040-EAW-MJR ("CFPB Action"), advising that a preliminary injunction had been issued in the CFPB Action that imposes a stay of proceedings involving certain of the defendants in this action. (ECF No. 83.) The receiver's counsel advises that the preliminary injunction remains in place in the CFPB Action.

Respectfully submitted,

Myron D. Rumeld

Myron D. Rumeld

cc: All Counsel Record (via ECF)